UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE: DUSSAN DAVID KIPPERBAND, IVAN        :    **ORDER REGULATING**
KIPPERBAND, and MARA KIPPERBAND             :    **PROCEEDINGS**
                                                               :
                                                               :    24 Misc. 239 (AKH)
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A motion to stay, pending appeal, my Orders of September 3, 2024 and September 25, 2024 having been filed, any opposition papers shall be filed by October 9, 2024.

      SO ORDERED.

Dated:     October 2, 2024                     /s/ Alvin K. Hellerstein
                                                              ALVIN K. HELLERSTEIN
                                                              United States District Judge